UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLY MONTES and JENNIFER HELMER, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SAMMY'S YE OLD CIDER MILL L.L.C., SAMUEL FORNARO, MARYANN FORNARO, PHILIP FORNARO and GINA FORNARO<br><br>Defendants. | No. 2:18-CV-10684<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The court retains jurisdiction for the purpose of enforcing the settlement agreement

Dated: March 2, 2019

_____
Margaret Wood
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 07052
*Attorneys for Defendants*

_____
Glen D. Savits, Esq.
GREEN SAVITS, LLC
25B Vreeland Road
Suite 207
Florham Park, New Jersey 07932
*Attorneys for Plaintiffs*

SO ORDERED

*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.

Date: 3/14/19